## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | Case No.: BK 13-81167 |
| | ) | |
| SANITARY AND IMPROVEMENT | ) | **Chapter 9** |
| DISTRICT NO. 494 OF DOUGLAS | ) | |
| COUNTY, NEBRASKA | ) | |

_____

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2014, the following documents were served by depositing copies thereof in the United States mail, first class postage prepaid, addressed to all the creditors on the Debtor's mailing matrix, attached hereto as Exhibit "A":

1. Application for Final Decree and Final Accounting/Report; and
2. Notice Setting Objection/Resistance Deadline.

DATED: January 27, 2014.

                                                SANITARY AND IMPROVEMENT
                                                DISTRICT NO. 494 OF DOUGLAS COUNTY,
                                                NEBRASKA,

                                                By:    */s/ Martin P. Pelster*
                                                           Martin P. Pelster, #19223
                                                Of     CROKER, HUCK, KASHER, DeWITT,
                                                            ANDERSON & GONDERINGER, L.L.C.
                                                             2120 South 72nd Street, Suite 1200
                                                            Omaha, Nebraska 68124
                                                            (402) 391-6777

00543229.DOC

EXHIBIT "A"

| | | |
|---|---|---|
| Richard Vomacka and Virgina Vornacka<br>3624 So 55th St<br>Omaha NE 68106 | J G Verzal<br>PO Box 7096<br>Omaha NE 68107-0096 | Mike Vomacka<br>3624 So 55th St<br>Omaha NE 68106 |
| Richard Vomacka and Virginia Vomacka<br>3624 S 55th St<br>Omaha NE 68106 | David Abboud<br>5709 F St<br>Omaha NE 68117 | David Bailis and Lea Bailis<br>1239 N 138th Circle<br>Omaha NE 68154 |
| Joni Baker<br>1381 Riverside Oaks Dr<br>Rockwall TX 75087 | Ila Bratetic<br>4222 Monroe<br>Omaha NE 68107 | Barry A Broder, Trustee<br>3740 So Ocean Blvd #701<br>Highland Beach Fl 33487 |
| Joseph Caniglia and Loretta Caniglia, Co-Trustees<br>6769 Valley St<br>Omaha NE 68106 | John Eriksen and Peggy Eriksen<br>1226 Pinewood<br>Blair NE 68008 | Michael Devereaux<br>12942 Old Cherry Rd<br>Omaha NE 68137-4315 |
| Frank Blank, Trustee<br>9710 Nottingham Dr<br>Omaha NE 68114 | First Westroads Bank<br>15750 W Dodge Rd, Attn: Steve McCown<br>Omaha NE 68118-2535 | Robert Goodman, Trustee<br>12850 Decatur St.<br>Omaha NE 68154 |
| Lynn Grant and Bonnie Grant<br>8520 E Via Montoya<br>Scottsdale AZ 85255 | Susan Grant<br>31020 431st Ave<br>Yankton SD 57078 | Fred Hendricks and Mary Ann Hendricks<br>3008 S 134th St<br>Omaha NE 68144 |
| Patricia French and John French<br>6309 S 79th Circle<br>Ralston NE 68127 | Michael Hogan<br>818 Tara Plaz<br>Papillion NE 68046-2044 | Robert Huck<br>2120 S 72nd St, Suite 1200<br>Omaha NE 68124 |
| Margaret Jones<br>432 N 38th ST<br>Omaha NE 68131 | John Kuehl and Patricia Kuehl<br>16313 Himebaugh Cir<br>Omaha NE 68116 | Robert Marcotte, Trustee<br>508 Joan Circle<br>Yutan NE 68073 |
| Jerry McKay ahd Cheryl D. McKay<br>4914 N 135th Ave<br>Omaha NE 68164-6169 | Robert Mierendorf and Joann M. Crawford, Co-Trustees<br>1433 N 102nd Ave<br>Omaha NE 68114-1120 | Josephine Mierendorf, Trustee<br>1433 N 102nd Ave<br>Omaha NE 68114-1120 |

| | | |
|---|---|---|
| Shirley O'Doherty and Scott F. O'Doherty<br>17529 Parker Plz<br>Omaha NE 68118-6019 | Richard B Peterson, Trustee<br>1036 Skyline Dr<br>Elkhorn NE 68022-1734 | John Ransom<br>415 N 38th St<br>Omaha NE 68131 |
| Richard Scarpello<br>2309 So 89th Court<br>Omaha NE 68124 | Daniel Smith and Patricia Smith<br>1111 N 102nd Crt, #300<br>Omaha NE 68114 | Robert Shapiro<br>7410 Old Post RD #8<br>Lincoln NE 68506 |
| Milton Saylan and Rosalie Saylan, Co-Trustees<br>7410 Old Post Rd #8<br>Lincoln NE 68506 | Jerry Simon and Diane Simon<br>531 Cervina Drive N<br>Venice FL 34285 | Marilyn Tiernan<br>239 Randall St<br>San Francisco CA 94131 |
| Julia Amies, Trustee<br>1634 Pepperwood Dr<br>St. Louis MO 63146 | D A. Davidson as Custodian for Dan Smith IRA<br>1111 N 102nd Crt, #300<br>Omaha NE 68114 | D A Davidson as Custodian for John Kuehl IRA<br>16313 Himebaugh Cir<br>Omaha NE 68116 |
| D A Davidson as Custodian for Donald Gary Kathol IRA<br>6016 Country Club Oaks Place<br>Omaha NE 68152 | D A Davidson as Custodian for Karen Harn IRA<br>516 Crestridge Road<br>Omaha NE 68154-3123 | D.A. Davidson<br>1111 N 102nd Crt, #300<br>Omaha NE 68114 |
| D.A. Davidson<br>1111 N 102nd Crt, #300<br>Omaha NE 68114 | Pershing LLC<br>FFC Elkhorn Valley Bank 155-203631<br>Attn: Louis Valletta -4th Floor<br>300 Colonial Center Parkway<br>Lake Mary FL 32746 | Elkhorn Valley Bank<br>Attn Jeanne Puckett<br>800 W. Benjamin Ave, P.O. 1007<br>Norfolk NE 68702-1007 |